IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT FABER,
ADC #131921                                                                                   PLAINTIFF

V.                           CASE NO. 4:18-CV-123-JLH-BD

MONTE MUNYUN, et al.                                                              DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Faber's claims against Defendants Andrews and Stewart are DISMISSED without prejudice; and his claims against Defendant Faulkner County Jail are DISMISSED with prejudice. Defendants Andrews, Stewart, and Faulkner County Jail are DISMISSED from this lawsuit.

Faber may proceed with deliberate-indifference claims against Defendants Munyan, Brawley, and Clark Family Dentistry, and with a medical malpractice claim against Clark Family Dentistry.

IT IS SO ORDERED this 8th day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE