IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT FABER,
ADC #131921                                                                                    PLAINTIFF

V.                          CASE NO. 4:18-CV-123-JLH-BD

MONTE MUNYUN, et al.                                                                    DEFENDANTS

**ORDER**

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Clark Family Dentistry's motion for partial summary judgment (#27) is GRANTED. Faber's state medical negligence claim against Clark Family Dentistry are DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE