IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT FABER,**
**ADC #131921**                                                              **PLAINTIFF**

V.                      **CASE NO. 4:18-CV-123-JLH-BD**

**MONTE MUNYUN,** *et al*.                                           **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Judge J. Leon Holmes. Any party to this suit may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If parties do not file objections, they risk waiving the right to appeal questions of fact. And, if no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record.

**II.**     **Discussion:**

Plaintiff Robert Faber filed this lawsuit without the help of a lawyer. (Docket entries #1, #2) The Court requires a plaintiff who is not represented by counsel to keep the Court informed as to his or her current address. Local Rule 5.5.

On January 4, 2019, Mr. Faber was given 30 days to notify the Court of his new address, after mail sent to him from the Court was returned as undeliverable. (#50) The Court specifically cautioned Mr. Faber that his claims could be dismissed if he failed

to update his address, as required. (#50) To date, Mr. Faber has failed to comply with the Court's Order, and the time for doing so has passed.

## III.  Conclusion:

The Court recommends that Mr. Faber's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 4, 2019 Order and failure to prosecute his claims.

DATED this 6th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE