IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT FABER,
ADC #131921                                                            PLAINTIFF

V.                CASE NO. 4:18-CV-123-JLH-BD

MONTE MUNYUN, *et al*.                                      DEFENDANTS

## **ORDER**

The Court has received a Recommended Disposition (Recommendation) filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Faber's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED this 28th day of February, 2019.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE