IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT FABER,**
**ADC #131921**                                                                                **PLAINTIFF**

**V.**                   **CASE NO. 4:18-CV-123-JLH-BD**

**MONTE MUNYUN,** *et al*.                                                    **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 28th day of February, 2019.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE